



1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**LINDA C. GOLDSTEIN**

linda.goldstein@dechert.com
+1 212 698 3817 Direct
+1 212 698 0684 Fax

October 30, 2017

**VIA ECF**

Honorable Robert W. Sweet
United States District Court for the Southern District of New York
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** *Francisco Cortes v. Twenty-First Century Fox America, Inc., et al.*,
**17-cv-05634-RWS**

Dear Judge Sweet:

We represent Defendants Twenty-First Century Fox America, Inc., 21st Century Fox America, Inc. and Twenty-First Century Fox, Inc. ("Defendants") in this matter. We write to request a three-day extension of Defendants' deadline to file a reply brief in support of their pending Motion to Dismiss (ECF 22), which was filed on October 6, 2017. Originally, Plaintiff's opposition to this Motion was due on October 20 and Defendants' reply brief was due on October 27. On October 18, Plaintiff requested an adjournment of those dates to November 3 and November 14, respectively, and this Court granted that adjournment. However, due to unanticipated professional obligations, Defendants now must request permission to file their reply brief on November 17, which would be twelve days before the scheduled hearing on November 29. Plaintiff's counsel consents to this request.

Respectfully submitted,

*/s/ Linda C. Goldstein*

Linda C. Goldstein

cc: Jay Sanchez, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-30-17

So ordered
Sweet
USDJ
10.30.17